| Attorney or Party without Attorney: <br> Justin S. Nematzadeh, Esq. <br> Nematzadeh PLLC <br> 101 Avenue of the Americas, <br> Suite 909 <br> New York, NY 10013 <br> Telephone No: 646-799-6729 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff(s): Joyce Carrico, et al | | | | |
| Defendant: Mad Scientist Nuts, Inc. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV8186 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint and Demand for Jury Trial.

3. a. Party served:  Mad Scientist Nuts, Inc.
   b. Person served: Sheri Pennington, Agent for Service

4. Address where the party was served:  3303 Airline Blvd, Bldg 3A
   Portsmouth, VA 23701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Oct. 06, 2022 (2) at: 9:35AM

7. Person Who Served Papers:           Fee for Service:
   a. Barry Sexton
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of VIRGINIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons and Complaint                    (Barry Sexton)          junem.239255