UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOYCE CARRICO, on behalf of herself and  :
all others similarly situated,           :
                                         :  Case No.: 1:22-cv-08186 (ALC)
                  Plaintiff,             :
                                         :
       vs.                               :
                                         :
                                         :
MAD SCIENTIST NUTS, INC.,                :  **NOTICE OF SETTLEMENT**
                                         :
                  Defendant.             :
                                         :
                                         :
---------------------------------------------------------------x

Plaintiff Joyce Carrico ("Plaintiff") hereby notifies the Court that the present case is settled in principle between Plaintiff and defendant Mad Scientist Nuts, Inc. ("Defendant") (collectively, the "parties") and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. When the settlement agreement is fully executed and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 90 days.

- 2 -

DATED:  January 27, 2023

                                    **NEMATZADEH PLLC**

                                    /s/ Justin S. Nematzadeh

Justin S. Nematzadeh
101 Avenue of the Americas, Suite 909
New York, NY 10013
Tel: 646-799-6729
Email: jsn@nematlawyers.com

*Attorney for Plaintiff*