**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/31/2023

New York, NY 10013

Email: jsn@nematlawyers.com
**Office:** (646) 799-6729
**Mobile:** (917) 836-3974

May 30, 2023

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Carrico v. Mad Scientist Nuts, Inc.*; <u>Case No. 1:22-cv-08186 (ALC)</u>
       *Consented-To Motion for Extension for Settlement*

Dear Judge Carter:

We represent plaintiff Joyce Carrico ("Plaintiff") in the above-referenced action ("Action") and respectfully write, on consent from Mad Scientist Nuts, Inc. ("Defendant," and together with Plaintiff, "Parties"), to inform the Court that although the Parties have finalized the settlement documents, the Parties have not yet consummated the settlement of this Action, including the ultimate transfer of consideration. The Parties anticipate that the settlement process will be fully complete within the next sixty (60) days. On March 01, 2023, the Court granted the Parties' first request for an extension of the deadline to move to reopen, discontinuing this Action subject to reopening within ninety (90) days. *See* Docket No. 15. The Parties respectfully request that the Court extend the date to file a motion to reopen for an additional sixty (60) days. This extension will not interfere with other deadlines in the Action; instead, it will enable the Parties to finalize a settlement and resolve the Action. Absent unforeseen circumstances, the Parties anticipate that this will be the final request for an extension to file a motion to reopen, and the Parties are confident that the settlement process will be fully complete and consideration will be transferred within the next sixty (60) days.

The Parties thank the Court for considering this request for an extension.

Respectfully submitted,

*/s/ Justin S. Nematzadeh*
Justin S. Nematzadeh, Esq.
Attorney for Plaintiff

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
**Dated: May 31, 2023**